## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH PERALTA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| BRADLEY BOOHER, et al., | : | NO. 21-00672 |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

## ORDER

AND NOW, this 19th day of September, 2023, upon consideration of the Petitioner's *Amended Petition for Writ of Habeas Corpus* (ECF No. 6), and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that said Petition is **DENIED** for the reasons set forth in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**