# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH PERALTA, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION |
| BRADLEY BOOHER, et al., | : | NO. 5:21-00672 |
| Defendants. | : | |

## ORDER

AND NOW, this 25th day of October, 2023, upon consideration of Petitioner's *Motion for Certificate of Appealability* (ECF No. 27) and *Amended Petition for Writ of Habeas Corpus* (ECF No. 29), and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that such Motion and Petition are **DENIED** for the reasons set forth in the accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**